IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:  BO MATTHEWS CENTER )
       OF EXCELLENCE, )
        )
       Debtor, ) Case No.  BK21-81371-CRJ-7
        )

## MOTION FOR APPOINTMENT OF INTERIM TRUSTEE

COMES NOW the Petitioners, JUST 4 THE KIDS DAYCARE, LLC (hereinafter the "Daycare" and PAULETTE EDWARDS (hereinafter "Edwards") and moves this Honorable Court pursuant to United States Bankruptcy Code Rule 2001, Appointment of Interim Trustee Before Order for Relief in a Chapter 7 Liquidation Case, for the appointment of an Interim Trustee in the above-styled cause of action and in support thereof states as follows:

1.      On August 12, 2021 an Involuntary Chapter 7 Petition was filed in the Court by the Daycare and Edwards as creditors of the BO MATTHEWS CENTER OF EXCELLENCE (hereinafter referred to as "BMCE").

2.      Pending before the Madison County Circuit Court is an Unlawful Detainer Action where William P. Matthews (hereinafter "Matthews") is the Plaintiff and the Daycare and Edwards are the Defendant, Case No: CV2020-000096.00.  The Daycare and Edwards have counterclaims against Matthews.

3.      The real property at issue in the Circuit Court lawsuit is owned by BMCE.  Thus an
      Interim Trustee is necessary as the real party of interest in securing the estate of BMCE.

4.      Matthews is a trustee of BMCE who filed the lawsuit in his own name but has subsequently plead the filing was as an "agent" or "representative" of BMCE.

5.      Matthews entered into a "commercial lease" with Edwards in 2018 for 36 months at which payments of $3,800 were to be made monthly beginning August 1, 2018 and thereafter each month.  This lease listed Matthews as the "lessor" and never indicated the building was

owned by BMCE. Matthews required payments be made in his name and took cash as well as deposited checks into his personal bank account.

6. There are multiple issues that resulted thereafter which formulate the basis for the counterclaims as well as the unpaid debts claimed by Edwards and the Daycare.

7. Currently there is a substantial sum of money, approximately $48,000, paid by Edwards and the Daycare deposited with the Madison County Circuit Court related to this case, and made to the Plaintiff – Matthews. This money rightfully belongs to BMCE and thus should be subject to collection by the Trustee.

8. A motion is being filed with the Madison County Circuit Court for the replacement of the Plaintiff with the Interim Trustee.

9. The necessity of the appointment of the Interim Trustee is a result of the failure of Matthews to perform proper fiduciary duties in his capacity as trustee of BMCE, as follows:

    a. failure to file BMCE entity annual taxes with the I.R.S.;

    b. using an improper Federal tax exemption number for the Alabama entity, BMCE;

    c. comingling funds entitled to BMCE with personal accounts;

    d. failure to file registration documents with the Alabama Secretary of State and the Alabama Attorney General;

    e. using BMCE real property as collateral for loans without a resolution from the board of directors and no apparent use of loan funds for BMCE's purpose;

    f. using BMCE real property for personal use without reasonable payment;

    g. allowing fraudulent activity to be conducted under the guise of inhabiting the real property belonging to BMCE, while leased and occupied solely to Edwards; as well as multiple other improper activities.

WHEREFORE, THE PREMISES CONSIDERED, the Petitioners respectfully requests for a hearing as to this matter and an Interim Trustee be appointed thereafter.

/s/*Mari Morrison*
MARI MORRISON (ASB-4396-I67M)
ATTORNEY FOR PETITIONERS
430 RONNY LANE
SPRINGVILLE, AL   35146
(205) 837-2771
marimorrison1@gmail.com